HARRY KLINGER, Respondent, v. JENNIE WALTETER, DOROTHY GOLDBLATT and HENRY H. GOLDBLATT, Appellants, and THE WILLIAMSBURG SAVINGS BANK, Defendant.— Judgment setting aside a certain conveyance of real property and the transfer of a certain bank account upon the ground that such conveyance was executed and the transfer was made without consideration and with the purpose to hinder, delay and defraud the plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

FRED LAIFER, as Executor, etc., Substituted as Party Plaintiff in Place and Stead of ALFRED L. YOUNG, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover damages for personal injuries and property damage by reason of the alleged negligence of the defendant in the operation of its trolley car, which collided, at a street intersection, with the automobile driven by plaintiff. Pending the appeal the plaintiff died and the appeal of the defendant was continued against the executor of the plaintiff. Judgment in favor of plaintiff, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ESTELLE LEVY, Respondent, v. LEWIS B. SPENCE, EDWIN H. SPENCE, Appellants; MILTON WEINSTEIN and JOSEPH HIRSCH, Defendants.— In an action to recover damages for personal injuries, order granting plaintiff's motion to set aside the verdict in favor of the plaintiff and against the defendants Lewis B. Spence and Edwin H. Spence, for the sum of $250, on the ground that the damages awarded were inadequate, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.